# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| THE EASY LIFE, LLC,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>GO DADDY OPERATING COMPANY, LLC,<br>　　　　　　Defendant. | Case No. 15-cv-03031-RM-TSH<br><br>**Jury Trial Demanded** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

　　　　Plaintiff, The Easy Life, LLC, d/b/a GoWeb1, and Defendant, Go Daddy Operating Company, LLC ("the Parties"), by and through undersigned counsel, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree to the dismissal with prejudice of Plaintiff's Complaint in the above-captioned matter.  In support of the stipulation, the Court is advised that the Parties entered into a Settlement Agreement that finally resolves all claims filed in the above-captioned matter.  The Parties respectfully request that this Court enter an Order Granting the Stipulation of Dismissal with Prejudice, with the Parties to bear their own attorney's fees and costs.

| | |
|---|---|
| Dated this 6th day of June, 2016. | Respectfully submitted, |
| s/ Mark K. Suri<br>Mark K. Suri<br>HINSHAW & CULBERTSON LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, IL 60601<br>Telephone: 312-704-3000<br>msuri@hinshawlaw.com<br><br>**Attorney For Plaintiff, The Easy Life, LLC, d/b/a GoWeb 1** | s/ Nicole M. Murray<br>Nicole M. Murray<br>Jonathan N. Hudis<br>QUARLES & BRADY LLP<br>300 North LaSalle Street, Suite 4000<br>Chicago, Illinois 60654<br>Telephone: (312) 715-5000<br>Nicole.Murray@quarles.com<br>Jon.Hudis@quarles.com<br><br>**Attorneys for Defendant, Go Daddy Operating Company, LLC** |

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Defendant's counsel by electronic mail:

Nicole M. Murray
Jonathan N. Hudis
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654
Telephone: (312) 715-5000
Facsimile: (312) 715-5155
Nicole.Murray@quarles.com
Jon.Hudis@quarles.com

Dated:  June 6, 2016                      s/Mark K. Suri
                                                             Mark K. Suri